**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON CLARDY, | Case No. CV 06-03048 JFW (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.D. BITER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 19, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE